Michael D. Meuti (CA 227939)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:  628.600.2250
Facsimile:   628.221.5828
mmeuti@beneschlaw.com

*Attorneys for Defendant*
*A Place for Rover, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKI APAYDIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROVER GROUP, INC.,<br><br>Defendant. | Case No. 2:26-cv-4215-FLA-DMK<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)**<br><br><br>Complaint Filed:        April 21, 2026<br>Current Response Date:  July 10, 2026<br>New Response Date:      July 24, 2026 |

Pursuant to Local Rule 8-3, Defendant A Place for Rover, Inc. ("Rover") and Plaintiff Nicki Apaydin ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, stipulate to an extension of the time for Rover to file its response to Plaintiff's Complaint from July 10, 2026 to July 24, 2026.

In support of this Stipulation, the Parties state as follows:

1.      Plaintiff filed this action on April 21, 2026, alleging that Rover improperly disclosed her personal information and asserting claims under California's Invasion of Privacy Act, California Consumer Privacy Act, Unfair Competition Law, the Washington Consumer Protection Act, as well as claims for breach of implied contract, unjust enrichment, and for declaratory relief. (Dkt. 1.)

2.      On May 13, 2026, Plaintiff filed Rover's executed waiver-of-service form. (Dkt. 11.)

3.      Rover's response to the Complaint is currently due on July 10, 2026. (*Id*.)

4.      Rover requests this additional time to evaluate Plaintiff's individual claims (¶¶ 67–79), allegations concerning arbitrability (¶¶ 80–101), and the putative class claims (¶¶ 106–115). Rover is continuing to review its records, investigate the claims asserted in Counts I–XI of the Complaint, and confer with Plaintiff's counsel regarding potential resolution of this matter.

5.      By this Stipulation, the Parties agree to extend Rover's deadline to respond to the Complaint by 14 days, until July 24, 2026.

6.      There have been no previous time modifications in this case.

7.      Pursuant to Local Rule 8-3, a Court order is not required to effectuate this Stipulation, which extends Rover's response deadline by not more than 30 days.

Dated:  July 7, 2026

Respectfully submitted,

s/ *Michael Meuti*
MICHAEL D. MEUTI (CA 227939)
Benesch, Friedlander, Coplan &
Aronoff LLP

Attorneys for Defendant
A Place for Rover, Inc.

s/ *Victor J. Sandoval*
VICTOR J. SANDOVAL (SBN 344461)
Almeida Law Group LLC

Attorneys for Plaintiff

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**
**(L.R. 8-3)**
**Case No. 2:26-cv-04215-FLA-DMK**

**<u>Attestation Pursuant to Local Rule 5-4.3.4</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ Michael Meuti*

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**
**(L.R. 8-3)**
**Case No. 2:26-cv-04215-FLA-DMK**