JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKI APAYDIN,<br>Plaintiff,<br>v.<br>ROVER GROUP, INC.,<br>Defendant. | Case No. 2:26-cv-04215-FLA (DMKx)<br><br>**ORDER APPROVING STIPULATION [DKT. 19], GRANTING IN PART MOTION TO COMPEL ARBITRATION [DKT. 15], AND TRANSFERRING ACTION TO THE WESTERN DISTRICT OF WASHINGTON** |

On August 19, 2026, Plaintiff Nicki Apaydin and Defendant A Place for Rover, Inc. ("Rover" and, together, the "Parties") filed a Stipulation for Leave to Amend Complaint and to Transfer Action to the Western District of Washington ("Stipulation"). Dkt. 19.

The court, having considered the Parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. This action is TRANSFERRED to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1404(a), and the clerk of court is directed to effectuate the transfer of the file;
2. Rover's Motion to Compel Arbitration (Dkt. 15) is GRANTED in part as to its alternative request for transfer to the Western District of Washington and is otherwise DENIED without prejudice to re-file in the transferee court; and
3. Rover may re-file its motion to compel arbitration in the transferee court after the action is docketed in that court, subject to any scheduling order entered by that court. Rover's deadline to answer or otherwise respond to the operative complaint will be governed by order of the transferee court.

IT IS SO ORDERED.

Dated: August 24, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge